IN THE CIRCUIT COURT OF HAMILTON COUNTY
STATE OF TENNESSEE

| | | |
|---|---|---|
| **WANDA WALLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **DOCKET NO.** 26C1252 |
| | ) | |
| **v.** | ) | **DIVISION** |
| | ) | |
| **WALMART, INC., and WAL-MART STORES EAST, LP,** | ) | **JURY DEMANDED** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

FILED IN OFFICE
2026 SEP 17 AM 11:53
LARRY L. HENRY, CLERK
BY JH DC

## COMPLAINT

Wanda Walley hereby sues defendants, Walmart Inc., and Wal-Mart Stores East, LP, for damages arising out of an incident that occurred on October 9, 2025. Pursuant to Rule 8.01 of the Tennessee Rules of Civil Procedure, Ms. Walley describes her claim as follows:

PARTIES

1. Wanda Walley is an adult who resides in Hamilton County, Tennessee.
2. Defendant Walmart, Inc. is a business entity that was formed in Delaware and that maintains its principal place of business in Arkansas. Defendant's registered agent is CT Corporation System located at 300 Montvue Road, Knoxville, TN 37919.
3. Defendant Wal-Mart Stores East, LP is a business entity that was formed in Delaware and maintains its principal place of business in Arkansas. Defendant's registered agent is CT Corporation System located at 300 Montvue Road, Knoxville, TN 37919.

EXHIBIT
tabbies
B

## JURISDICTION AND VENUE

4. Jurisdiction and venue are proper in the Circuit Court of Hamilton County, Tennessee, because a substantial part of the events or omissions giving rise to the claims in this case occurred in Hamilton County, Tennessee.

## BACKGROUND

5. Upon information and belief, Defendants own, operate and maintain a store at 5764 TN-153, Hixson, Hamilton County, Tennessee.
6. Upon information and belief, Defendants had the responsibility for inspecting and maintaining the area in such a way that is safe for people to shop at the above address on October 9, 2025.
7. On October 9, 2025, Plaintiff was shopping at Defendant's store located at 5764 TN-153. Plaintiff was shopping in the garden center.
8. Plaintiff was looking at the Christmas decorations in the garden center when she walked to a portion of the garden center where the concrete floor was suddenly uneven and pitted.
9. Plaintiff tripped on the uneven and pitted floor and fell to the concrete, injuring herself.
10. As a result of the incident, Plaintiff suffered severe bodily injuries.
11. At all times, Plaintiff conducted herself in a safe and prudent manner.

## NEGLIGENCE

12. Defendants are liable to Plaintiff as a result of Defendants' negligence.
13. A business owes the following duties to its customers and guests:
    a. To use reasonable care to eliminate dangers on this property;
    b. To not create unsafe conditions on its property;

c. To correct unsafe conditions on its property that it knows about or should know about;

d. To perform reasonably frequent inspections for the purpose of identifying unsafe conditions on its property;

e. To correct any unsafe general or continuing conditions on its property;

f. To warn guests and customers concerning unsafe conditions that cannot be corrected;

g. To hire employees who are properly qualified and trained regarding the recognition and correction of unsafe conditions on its property.

h. To supervise employees to ensure they are taking appropriate steps to recognize and correct unsafe conditions on its property.

14. Defendants breached one or multiple of the above duties. This breach constitutes negligence.

DAMAGES

15. Defendants' negligence caused Ms. Walley to suffer injuries.

16. Generally, Ms. Walley suffered the following injuries and losses as a result of the fall described above:

a. Medical bills and expenses, both in the past and continuing into the future;

b. Pain, suffering, emotional distress, loss of enjoyment of life, and other non-economic harms, both in the past and continuing into the future.

17. Because Defendants' negligent conduct caused Plaintiff's injuries, Defendants must be held liable to Plaintiff for a full, fair and appropriate amount of damages.

WHEREFORE, Ms. Walley hereby DEMANDS that a jury be assembled to decide the issues in this case; and Plaintiff hereby requests judgment against the Defendants in amount determined by said jury, with such amount not to exceed $300,000.00.

Respectfully Submitted,

**GARY MASSEY INJURY LAWYERS, P.C.**

Joshua R. Ward, BPR No. 031329
R. Ethan Hargraves, BPR No. 033331
Nathan Slaymaker, BPR No. 040044
6400 Lee Highway, Suite 101
Chattanooga, TN 37421
Ph: 423.697.4529; F: 423.634.8886
josh@masseyattorneys.com
ethan@masseyattorneys.com
nslaymaker@masseyattorneys.com
*Attorneys for Plaintiff*